**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

√ INITIAL APPEARANCE             DATE: 2/15/07
☐ BOND HEARING
☐ DETENTION HEARING              DIGITAL Recording : 2:09 - 2:24
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** Wallace Capel, Jr.    **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2: 07mj18-WC                       **DEFENDANT NAME:** Michael Gibson
**AUSA:** Stephen Feaga                          **DEFT. ATTY:** Donnie Bethel

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Terrance Marshall                      **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest 2/15/07 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ☐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | **BOND EXECUTED (M/D AL charges)** $. 25,000 |
| ☐ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |