AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_Middle_ DISTRICT OF _Alabama_

UNITED STATES OF AMERICA

V.

_Michael Gibson_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: _2:07.mj 18 - WC_

I, _Michael Gibson_ , charged in a ☒ complaint ☐ petition

pending in this District _MIDDLE ALABAMA_

in violation of _21_ , U.S.C., _841(a)(1)_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_Michael Gibson_
_____
Defendant

_15 February 2007_
_____
Date

_____
Counsel for Defendant