IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR MISC NO: 2:07-mj-0018-WC |
| ) | |
| MICHAEL GIBSON ) | |

## **ORDER**

On February 15, 2007, the defendant appeared before the undersigned for a initial appearance in this case. During the proceeding, the defendant waived his right to a preliminary hearing. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

Done this 16th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE